# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**ANTON STEWART.**                              :

       **Plaintiff**                    :        **CIVIL ACTION NO. 3:18-2315**

      **v.**                                   :                **(JUDGE MANNION)**

**Supt. LAUREL HARRY, et al.**          :

      **Defendants**              :

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).


*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: June 8, 2020
18-2315-01-ORDER